UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division
Case Number: 16-10015-CR-MARTINEZ

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

LAZARO DEL VALLE,
    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING
## MAGISTRATE JUDGE SNOW'S DETENTION ORDER

THIS CAUSE came before the Court upon Defendant's Appeal of Order of Detention (the "Appeal") [ECF No. 23]. The Court has carefully considered the Appeal [ECF No. 23] and has conducted a *de novo* review of the record, including the transcript of the detention hearing and Magistrate Judge Lurana S. Snow's Detention Order for Lazaro Del Valle [ECF No. 16]. *See United States v. King*, 849 F.2d 485, 490 (11th Cir. 1988). The Court finds that Magistrate Judge Snow's factual findings are supported and legal conclusions are correct. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

    1.    Magistrate Judge Snow's Detention Order [ECF No. 16] is **AFFIRMED** and **ADOPTED**.

    2.    Defendant's Appeal of Order of Detention [ECF No. 23] is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of June, 2016.

                                                                     JOSE E. MARTINEZ
                                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record